JPMorgan Chase Bank, N.A. v Y.M. (2026 NY Slip Op 50257(U))

[*1]

JPMorgan Chase Bank, N.A. v Y.M.

2026 NY Slip Op 50257(U)

Decided on March 4, 2026

Supreme Court, Rensselaer County

Mendez, J.

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected in part through March 09, 2026; it will not be published in the printed Official Reports.

Decided on March 4, 2026
Supreme Court, Rensselaer County

JPMorgan Chase Bank, N.A., Plaintiff,

againstY.M., Defendant.

Index No. EF2024-276932

Rubin & Rothman, LLCKeith H. Rothman, Esq., of counselFor PlaintiffDavid M. Freedman, Esq.David M. Freedman, Esq., of counselFor Defendant

Noel Mendez, J.

This matter was scheduled for a conference on December 10, 2025, at 11:00 am. The conference was cancelled because the parties notified the Court via telephone that the matter had been settled. Counsel for Defendant additionally notified the Court via email on January 2, 2026, that the parties had indeed reached a settlement. In that email, Counsel for Defendant stated that Defendant had executed the stipulation of settlement and submitted it to Plaintiff's Counsel via mail for signature and execution. Plaintiff's Counsel has yet to upload a stipulation of settlement onto the New York State Courts Electronic Filing system. Moreover, neither counsel has responded to the Courts' email and telephonic inquiries as to the status of the stipulation of settlement.
Counsel are required to submit "a copy of the stipulation or a letter directed to the clerk of the part along with notice to the chambers of the assigned judge via telephone, or email" (22 NYCRR 202.28 [a]). "This notification shall be made in addition to the filing of a stipulation [*2]with the county clerk" (id.). Counsel are further reminded that they are "under a continuing obligation to notify the court as promptly as possible in the event that an action is settled, discontinued[,] or otherwise disposed of," and that "[s]uch notification shall be made to the assigned judge in writing" (22 NYCRR 202.28 [b]). It is the Court's view that the failure on the part of both counsel to provide the stipulation of settlement or respond to the Court's inquiries constitutes the needless expenditure of judicial resources. It is therefore
ORDERED, that the parties are scheduled to appear on March 31, 2026 at 9:00 a.m., or alternatively, that the parties file the stipulation of settlement or discontinuance no later than March 31, 2026. 
Failure to comply may result in dismissal pursuant to 22 NYCRR 202.27 ("Default").
This shall constitute the Decision and Order of this Court.
Dated: March 4, 2026Troy, New YorkHon. Noel MendezActing Justice of the Supreme Court